UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-593 MJD/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v. ORDER

MICHAEL BLAKE,

Defendant.

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 11 day of September, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______